No. 04–434. WETZEL v. ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 04–436. MOTT v. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–441. MENON v. DUX. App. Ct. Conn. Certiorari denied.

No. 04–442. DELGADO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DELGADO v. REEF RESORTS LTD., DBA RAMON'S VILLAGE RESORT. C. A. 5th Cir. Certiorari denied.

No. 04–445. ANANDANADESAN ET AL. v. ASHCROFT, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 04–453. DOKIC v. ASHCROFT, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 04–456. KING v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–461. BODDEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–470. HIEN PHI HOANG v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 04–474. GOTTLIEB v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 04–485. PELLEGRINI v. ANALOG DEVICES, INC. C. A. Fed. Cir. Certiorari denied.

No. 04–493. NETZER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 04–507. CHEWNING v. BRANCH BANKING AND TRUST. Ct. App. S. C. Certiorari denied.